Name: Francis P. Xavier
Prison Number: 65985
Place of Confinement: Spring Creek Correctional Center
Mailing address: P.O. Box 5001
City, State, Zip: Seward, Alaska
Telephone: N/A



RECEIVED
SEP 24 2012
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Francis P. Xavier,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Ardyce Turner,
Office of Children Services,
Department of Health Social Services,
~~xxxxxxxxxx~~,
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:12-cv-00198-SLG
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Francis P. Xavier, (print your name) who presently resides at Spring Creek Correctional Center, Seward, AK 99664 (mailing address or place of confinement), were violated by the actions of the below named individual(s).

Page 1 of 9

Prisoner § 1983
Form Effect. 6/09

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Ardyce Turner_____, is a citizen of
_Bethel Alaska_, and is employed as a _Office of Children Services,_
(state)                                    _Department of Social Health Services,_
                                              (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.

OR

_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _[illegible signature]_____, is a citizen of
                                              (name)
_____, and is employed as _____.
(state)                                    (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.

OR

____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____, is a citizen of
                                              (name)
_____, and is employed as a_____.
(state)                                    (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.

OR

____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

Claim 1: On or about September of 2012, my civil right to due process
(Date) (Medical care, access to the courts, due process,
freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened briefly and clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

The Office of Children Services Ardyce Turner, who works for the Department of Health Services' has denied me to have Parental Rights with , redacted Xavier, redacted redacted redacted; redacted , Xavier. The other two boys' who are redacted Xavier and, redacted , Xavier were not denied for Parental Rights. The Office of children Services Ardyce Turner has consented to have , redacted Xavier & redacted over to be medicated for mind alteration medications to control their health by giving them mind alterations medications). I have requested a teleconference calls with my children, all the calls have been denied or not responding to my communications with my children; and this has been a problem with O.C.S. not having communications with my children.

Prisoner § 1983
Form Effect. 6/09

Case 3:12-cv-00198-SLG Document 1 Filed 09/24/12 Page 3 of 10

Claim 2: On or about 9/2012, my civil right to Due Process Rights
(Date) (Medical care, access to the courts, due process,
freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened briefly and clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2.)

The office of children Services Ardyce Turner has violated the Sixth, and Fourteenth Amendment constitution Rights for my two boys rights, when they have a right to be represented by an attorney, before any medications are prescribed to the two boys, and there has been no communications with me in regards to consent of medications to my two children. There has been no visits with my two children and my three children have been denied visitation with me. The children have not been with Indian family members.

Claim 3: On or about 9/2012, my civil right to due process
(Date) (Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened briefly and clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3.)

The Office of Children Services have denied me face to face visitation rights with my children, and this has been a problem in the past. The judge has informed The Office of Children Services, why I haven't been getting visitation or communications with my children. I should not be denied parental rights with my other 3 children, if my two children were not denied. I am asking that my other 3 children should not be denied for parental rights with visitation and communications.

Prisoner § 1983
Form Effect. 6/09

Case 3:12-cv-00198-SLG   Document 1   Filed 09/24/12   Page 5 of 10

_____

_____

_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

_____

_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

_____

_____

_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes __X__ No   If your answer is "Yes," describe each lawsuit.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised:_____

_____

e. Approximate date case was filed:_____ Date of final decision:_____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ____ frivolous, ____ malicious and/or ____ failed to state a claim

d. Issue(s) raised: _____

_____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ____ frivolous, ____ malicious and/or ____ failed to state a claim

d. Issue(s) raised: _____

_____

e. Approximate date case was filed: _____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** __X__ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority:

No parental rights for communication with the other 3 children no communication and teleconference communication with children.

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 1 million dollars

2. Punitive damages in the amount of $ 1 million dollars

3. An order requiring defendant(s) to Have parental Rights with the other 3 children.

Page 8 of 9

Prisoner § 1983
Form Effect. 6/09

Case 3:12-cv-00198-SLG   Document 1   Filed 09/24/12   Page 8 of 10

4. A declaration that _Defendants have violated plaintiff's rights to be free from parental rights, and no communication with Theodore, Margaret, & Nanci Xavier._

5. Other: _____

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Spring Creek Correctional Center P.O. Box 5001 Seward, AK 99664_ on _9/16/12_
(Location) (Date)

_Francis P. Xavier_
(Plaintiff's Signature)

_____      _____
Original Signature of Attorney (if any)                (Date)

_____
Attorney's Address and Telephone Number

Francis Xavier Buys
Spring Creek Correctional Center
P.O. Box 5001
Seward, AK 99664

United States District Court
Clerk of Courts
222 W. 7th Avenue, #4
Anchorage, AK 99501